IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 5:24-CV-276-D-RJ

| | |
|---|---|
| BRYAN WARDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| PITT COUNTY, NORTH CAROLINA, ) | |
| PITT COUNTY BOARD OF ) | |
| COMMISSIONERS, JANIS GALLAGHER, ) | |
| In Her Individual Capacity, and ) | |
| CHRISTOPHER NUNNALLY, ) | |
| In His Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the undersigned United States District Judge on Defendants Pitt County and Janis Gallagher's Motion to Reconsider Order for Discovery Plan (Doc. 28) filed on July 29, 2024.

For good cause shown, Defendants Pitt County and Janis Gallagher's Motion to Reconsider Order for Discovery Plan (Doc. 28) is GRANTED.

SO ORDERED. This the **13** day of ~~August~~ September, 2024.

JAMES C. DEVER III
United States District Judge