UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRYAN WARDELL, ) <br> ) <br> ) <br>       Plaintiff     ) <br> ) <br> vs.                              ) <br> ) <br> PITT COUNTY, NORTH CAROLINA, ) <br> PITT COUNTY BOARD OF         ) <br> COMMISSIONERS, JANIS          ) <br> GALLAGHER, AND CHRISTOPHER ) <br> NUNNALLY,                        ) <br> ) <br>       Defendants.     ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:24-CV-276-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss plaintiff's amended complaint and DISMISSES WITHOUT PREJUDICE plaintiff's Title VII race discrimination claim, section 1981 and 1983 race discrimination claim, and North Carolina tortious interference claim. The court DENIES AS MOOT defendants' motion to strike, seal, and for entry of a protective order [D.E. 19]. The clerk shall close the case.

This Judgment filed and entered on January 17, 2025, and copies to:
Counsel of record for the parties    (via CM/ECF electronic notification)

January 17, 2025                                  Peter A. Moore, Jr.
                                                      Clerk of Court

                                                    By: /s/ Stephanie Mann
                                                          Deputy Clerk